## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RANDOLPH ELLIS and DEBRA ELLIS,** | |
| **Plaintiffs,** | **8:13CV273** |
| vs. | **ORDER** |
| **MACHINERYLINK, INC. and MLI TRANSPORT, LLC,** | |
| **Defendants.** | |

This matter is before the court on the mediation status report of the parties indicating no settlement agreement was reached at the mediation session (Filing No. 30). Accordingly, the mediation stay of proceedings (Fling No. 27) is dissolved. The parties will continue their discovery efforts.

A telephone planning conference with the undersigned magistrate judge will be held **March 27, 2014**, **at 10:00 a.m.**, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiffs' counsel shall initiate the conference with the undersigned magistrate judge and participating counsel.

**IT IS SO ORDERED**.

Dated this 10th day of March, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge