# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDOLPH ELLIS AND DEBRA ELLIS, | ) | CASE NO. 8:13-CV-273 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MLI TRANSPORT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is now before the Court on the parties' Stipulated Motion to Dismiss with Prejudice Case No. 8:13-CV-273. This motion is in compliance with Fed. R. Civ. P. 41(a) and the Court concludes that the Stipulation should be approved.

It is therefore ordered that the above captioned matter should be dismissed with prejudice, and each party will bear its own costs.

Dated this 30th day of March, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United State District Judge